Argued April 25, reversed and remanded for sentencing, accompanied by appropriate statement of reasons, May 30, reconsideration denied July 12, 1978, petition for review denied February 13, 1979

STATE OF OREGON, *Respondent,*

*v.*

BRIAN KEITH KENTON, *Appellant.*

(No. 77-2319-C-3, CA 9625)

579 P2d 262

James E. Mountain, Jr., Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

Reversed and remanded for resentencing, accompanied by an appropriate statement of reasons. *See State v. Dinkel,* 34 Or App 375, 579 P2d 245 (1978); *State v. Swift,* 34 Or App 687, 579 P2d 263 (1978); *State v. Smith,* 34 Or App 539, 579 P2d 261 (1978).